WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY INC. | CASE NUMBER: |
| PLAINTIFF(S), v. | CV 2:21-mc-00037 |
| TODD DISNER et al | **ABSTRACT OF JUDGMENT/ORDER** |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on January 27, 2021
in favor of   NATIONWIDE JUDGMENT RECOVERY INC.
whose address is   8452 Katella Ave, Stanton CA 90680
and against   NANCY MOY TAM
whose last known address is   2040 12TH AVE, OAKLAND CA 94606
for $ 15,617.91         Principal, $ 1,364.03         Interest, $ 0         Costs,
and $ 0.00         Attorney Fees.

ATTESTED this   29   day of   June   2021.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☐ Unknown.

☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

NANCY MOY TAM

2040 12TH AVE

OAKLAND CA 94606

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
LUIS R. RODRIGUEZ

1256

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                              ABSTRACT OF JUDGMENT/ORDER