WALLIN & RUSSELL, LLP
Michael Wallin, Esq. (SBN 240344)
26000 Towne Centre Drive, Suite 130
Foothill Ranch, CA 92610
Email: mwallin@wallinrussell.com
Telephone: (949) 652-2202
Facsimile: (949) 652-2210

Attorney for Movant,
Nationwide Judgment Recovery, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW E. ORSO | CASE NO.: 2:22-cv-02242-PSG-AS |
| Plaintiff, | **SATISFACTION OF JUDGMENT** |
| vs. | |
| TODD DISNER et al | |
| Defendant, | |

WHEREAS a judgment was entered in the above action on the 14th day of August 2017 in favor of Plaintiff and against Defendant, NANCY MOY TAM, in the amount of $11,629.55 plus pre-judgment interest totaling $3,988.36 and now with said judgment with interest thereon having been satisfied, and it being certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: 08/15/2022

**MICHAEL WALLIN, ESQ.**

*[signature]*

Michael Wallin, Esq.,
Attorney for Movant